UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Zon Doolin,<br>    Petitioner,<br>vs.<br>ROBERT L. AYERS, JR., as Warden of San Quentin State Prison,<br>    Respondent. | Case No. 1:06-cv-00825 AWI<br><br>DEATH PENALTY CASE<br><br>ORDER TO RETURN SUBMITTED DOCUMENTS AS UNFILED |

  This matter is before the Court following the receipt of a motion, an in forma pauperis affidavit, and a proof of service, plus multiple copies of each document from Keith Zon Doolin. As he has done before, Mr. Doolin is requesting this Court to intervene in his pending state court proceedings before the California Supreme Court Case Numbers S054489 and S137884. In particular, Mr. Doolin requests this Court to oversee a state investigation into the loss of various documents and motions he (Mr. Doolin) submitted to the California Supreme Court for filing.

  The Court previously has ruled that it is without authority to intervene in state court proceedings. Nothing has changed since the prior pronouncements of these rulings on November 7, 2007 and July 5, 2006. Since Mr. Doolin has been advised of the Court's position in two prior rulings, the Court declines to file his present motion, affidavit, and proof of service. The Clerk is directed to return all documents to Mr. Doolin at San Quentin Prison and to serve a copy this Order on the California Supreme Court in Case Number S054489.

  IT IS SO ORDERED.

Dated:  February 15, 2008          /s/ Anthony W. Ishii
                           Anthony W. Ishii
                         United States District Judge

06dp00825.OReStateMarsdenMo0208.Doo.wpd